In the Matter of the Arbitration between EMILE CARP et al., Respondents, and GEORGE WEINROTT et al., Appellants.

672

Concur — Eager, J. P., Steuer, Capozzoli, Rabin and McGivern, JJ.